# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. TRACY, | ) |
| Plaintiff, | ) Case No. 2:14-cv-02202-GMN-GWF |
| vs. | ) **ORDER** |
| US BANK, HOME MORTGAGE, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated December 24, 2014, required the parties to file a Joint Status Report no later than January 26, 2015. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **February 17, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 4th day of February, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge