UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. TRACY,<br><br>  Plaintiff,<br><br>vs.<br><br>US BANK, HOME MORTGAGE, *et al.*,<br><br>  Defendants. | Case No. 2:14-cv-02202-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the Stipulation and Order to Continue Discovery Plan and Scheduling Order (#24) filed August 10, 2015. The parties request a stay of the deadlines set forth in Stipulated Discovery Plan and Scheduling Order (#19) for a period of 90 days. The parties further request a status conference be held to discuss scheduling a settlement conference. Upon review and consideration,

**IT IS ORDERED** the Stipulation and Order to Continue Discovery Plan and Scheduling Order (#24) is **granted, in part**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **November 9, 2015**
2. Last date to file dispositive motions: **December 9, 2015**
3. Last date to file joint pretrial order: **January 8, 2016**

**IT IS FURTHER ORDERED** that a telephone status conference is scheduled for **Tuesday, August 25, 2015 at 3:30 p.m.** The parties are instructed to call telephone number: **(702) 868-4910, access code 123456,** five (5) minutes prior to the hearing time. Please remain on the line until such

. . .

. . .

1  time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone
2  during the call is **prohibited**.  *The call must be made using a land line.*
3       DATED this 11th day of August, 2015.

                                                _____
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge