UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. TRACY, | ) |
| Plaintiff, | ) Case No. 2:14-cv-02202-GMN-GWF |
| vs. | ) **ORDER** |
| US BANK, HOME MORTGAGE, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Defendant National Default Servicing Corporation's Request for Exception to Order Scheduling a Settlement Conference (#28), filed on September 4, 2015.

Defendant National Default Servicing Corporation moves to modify the attendance requirements for the upcoming settlement conference before the Court to require only the presence of counsel for the Defendant and the telephonic participation by an officer or representative of the Defendant. The officer or representative would have binding settlement authority. The officer or representative would otherwise have to travel from Phoenix, Arizona, to attend the settlement conference. Defendant National Default Servicing Corporation also represents that the Plaintiff and Defendant U.S. Bank have no objections to these conditions. The Defendant has sufficiently established good cause for granting the exception. Accordingly,

**IT IS HEREBY ORDERED** that Defendant National Default Servicing Corporation's Request for Exception to Order Scheduling a Settlement Conference (#28) is **granted**.

**DATED** this 14th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge