DOMINICA C. ANDERSON (SBN 2988)
HOLLY S. STOBERSKI (SBN 5490)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com
 hstoberski@duanemorris.com

Attorneys for Defendant, U.S. Bank,
National Association, erroneously
sued as U.S. Bank, Home Mortgage

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. TRACY,<br><br>          Plaintiffs,<br>v.<br><br>US BANK, HOME MORTGAGE, NATIONAL DEFAULT SERVICING CORPORATION, DOES I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>          Defendants. | Case No.: 2:14-cv-02202-GMN-GWF<br><br>**STIPULATION TO EXTEND DISCOVERY FOR THE LIMITED PURPOSE OF CONDUCTING DEPOSITION OF PLAINTIFF**<br><br>(Second Request) |

Plaintiff Anthony M. Tracy ("Plaintiff"), In Proper Person, Defendant U.S. Bank, National Association, erroneously sued as U.S. Bank, Home Mortgage ("U.S. Bank"), by and through its counsel of record, National Default Servicing Corporation ("NDSC"), by and through its counsel of record (hereinafter collectively referred to as the "Parties"), Pursuant to Rule 29 of the Federal Rules of Civil Procedure, and Local Rules 6-1 and 7-1, hereby state, stipulate, and agree to continue the discovery deadline set forth in the Order of the Court, dated 8/11/2015 (Dckt. No. 25), for the sole and limited purpose of conducting the deposition of Plaintiff, Anthony Tracy, as follows:

1. Pursuant to the Court's Order (Dckt. No. 25), the last date to complete discovery is November 9, 2015.

2. U.S. Bank properly and timely served its Notice of Deposition of Plaintiff on the Parties on October 23, 2015. Plaintiff's deposition is currently set for November 9, 2015.

3. Due to scheduling issues and the voluminous nature of the discovery documents, the Parties hereby stipulate and agree to extend the discovery deadline for a period of (1) week, for the sole and limited purpose of conducting the deposition of Plaintiff. The discovery deadline of November 9, 2015, remains unchanged for all other purposes.

4. The Parties further stipulate and agree that Plaintiff's deposition will be continued to 10:00 a.m. on November 16, 2015.

5. This is the Parties' Second request for continuation of the discovery deadline, and the Parties' request is submitted in compliance with Rule 29 of the Federal Rules of Civil Procedure and Local Rules 6-1 and 7-1.

DATED: November 6, 2015

/s/ Anthony M. Tracy
ANTHONY M. TRACY
106 Boysenberry Lane
Henderson, NV 89074
*Plaintiff in Proper Person*

DATED: November 6, 2015

DUANE MORRIS LLP

By: /s/ Holly S. Stoberski
Dominica C. Anderson (SBN 2988)
Holly S. Stoberski (SBN 5490)
*Attorneys for Defendant U.S. BANK, NATIONAL ASSOCIATION, ERRONEOUSLY SUED AS U.S. BANK, HOME MORTGAGE*

DATED: November 6, 2015

TIFFANY & BOSCO, P.A.

By: /s/ Kevin S. Soderstrom
Gregory L. Wilde (SBN 4417)
Kevin S. Soderstrom (SBN 10235)
*Attorneys for Defendant NATIONAL DEFAULT SERVICING CORPORATION*

**IT IS SO ORDERED:**

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

Dated: November 9, 2015

2

STIPULATION AND ORDER TO CONTINUE DISCOVERY FOR LIMITED PURPOSE