1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8  ANTHONY M. TRACY,                          )
9                          Plaintiff,          )          Case No. 2:14-cv-02202-GMN-GWF
                                               )
10  vs.                                        )          **ORDER**
                                               )
11  US BANK, HOME MORTGAGE, *et al.*,          )
                                               )
12                          Defendants.         )
13  _____  )

14          This matter is before the Court on the Stipulated Confidentiality Agreement and Protective

15  Order (#42) filed on November 9, 2015.  Upon review and consideration,

16          **IT IS HEREBY ORDERED** that the Stipulated Confidentiality Agreement and Protective

17  Order (#42) is **granted**, subject to the condition that the party, who asserts that particular information

18  should be treated as confidential under the protective order, has the burden of proof to establish that the

19  information or document is entitled to such protection.

20          DATED this 10th day of November, 2015.

21

22                                                  _____
                                                    GEORGE FOLEY, JR.
23                                                  United States Magistrate Judge

24
25
26
27
28