# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. TRACY, | |
| Plaintiff, | Case No. 2:14-cv-02202-GMN-GWF |
| vs. | **ORDER** |
| US BANK, HOME MORTGAGE, *et al.*, | |
| Defendants. | |

This matter is before the Court on National Default Servicing Corporation's ("NDSC") Request for Exception to Order Scheduling a Settlement Conference (#78), filed on March 11, 2016.

NDSC requests the Court grant it two exceptions to the settlement conference, which is currently scheduled for April 29, 2016. First, NDSC requests that its officer or representative with full settlement authority be allowed to appear telephonically. Second, NDSC requests the Court order that its insurance carrier need not participate in the settlement conference. The Court finds that NDSC has not provided sufficient good cause to justify either request. Accordingly,

**IT IS HEREBY ORDERED** that National Default Servicing Corporation's Request for Exception to Order Scheduling a Settlement Conference (#78) is **denied**.

DATED this 14th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge