UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. TRACY, | ) |
| Plaintiff, | ) Case No. 2:14-cv-02202-GMN-GWF |
| vs. | ) **ORDER** |
| US BANK, HOME MORTGAGE, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Sanctions (ECF No. 85), filed on August 29, 2016.

Plaintiff requests that the Court sanction Defendants for their failure to abide by the Court's settlement scheduling order, which required Defendants to have their insurance carriers present at the settlement conference as well as all attorneys who planned on participating in the trial. *See* (ECF No. 83). However, the Court does not find that sanctions are appropriate in this instance. Given the settlement demand made by Plaintiff during the settlement conference, the undersigned does not believe that there was any chance of settlement during the August 24, 2016 conference— even if Defendants' insurance carriers were present. In addition, the Court finds that Defendants were adequately represented at the settlement conference by individuals who had the authority to make a fair settlement. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Sanctions (ECF No. 85) is **denied**.

DATED this 31st day of August, 2016.

_____
GEORGE FOLEY, JR
United States Magistrate Judge