DOMINICA C. ANDERSON (SBN 2988)
HOLLY S. STOBERSKI (SBN 5490)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com
    hstoberski@duanemorris.com

Attorneys for Defendant,
U.S. Bank, National Association

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. TRACY,<br><br>Plaintiff,<br><br>v.<br><br>US BANK, HOME MORTGAGE, NATIONAL DEFAULT SERVICING CORPORATION, DOES I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02202-GMN-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**Date of Conference:** March 19, 2018<br>**Time of Conference:** 9:00 a.m. |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Anthony M. Tracy ("Plaintiff"), by and through his counsel of record, and Defendant U.S. Bank, National Association, erroneously sued as U.S. Bank, Home Mortgage ("U.S. Bank"), by and through its counsel of record (hereinafter collectively referred to as the "Parties"), that the Settlement Conference currently scheduled at 9:00 a.m., on March 19, 2018 (Dkt. No. 114) shall be vacated and continued to **9:00 a.m., on April 4, 2018**.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties' Confidential Settlement Statement will be served upon Magistrate Judge Foley's chambers, Room 3009, no later than **March 28, 2018**. Copies of the Confidential Settlement Statement will not be served on opposing counsel, nor delivered or mailed to the Clerk's office.

**IT IS SO STIPULATED.**

DATED: January 29, 2018				SPRINGEL & FINK, LLP


						By: /s/ Jonathan Patillo
						Jonathan Patillo (SBN 13929)
						10655 Park Run Dr., #275
						Las Vegas, NV 89144
						*Attorneys for Plaintiff* ANTHONY M. TRACY


DATED: January 29, 2018				DUANE MORRIS LLP


						By: /s/ Holly S. Stoberski
						Dominica C. Anderson (SBN 2988)
						Holly S. Stoberski (SBN 5490)
						*Attorneys for Defendant U.S. BANK, NATIONAL ASSOCIATION, ERRONEOUSLY SUED AS U.S. BANK, HOME MORTGAGE*


\* \* \*

**IT IS SO ORDERED.**

**IT IS HEREBY ORDERED** that the Settlement Conference currently scheduled for 9:00 a.m., on March 19, 2018, shall be vacated and continued to **9:00 a.m., on April 4, 2018**. The Parties' Confidential Settlement Statements shall be received in Magistrate's Chambers - Room 3099 – not later than **March 28, 2018**.


						_____
						UNITED STATES MAGISTRATE JUDGE
						Dated: January 30, 2018