UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY M. TRACY,<br><br>               Plaintiff,<br>v.<br>U.S. BANK, HOME MORTGAGE, *et al.*,<br><br>               Defendants. | Case No. 2:14-cv-02202-GMN-GWF<br><br>**ORDER** |

On May 24, 2018 all parties appeared telephonically for a status conference regarding settlement. The parties indicated they await a determination by U.S. Bank as to whether or not it will accept the proposed settlement. It is expected a decision will be made within thirty (30) days, at such time the parties will advise the Court. Accordingly,

**IT IS HEREBY ORDERED** that a telephonic status hearing with counsel is scheduled for Monday, July 2, 2018 at 4:00 PM in the chambers of the undersigned.

**IT IS FURTHER ORDERED** that if dismissal papers have been lodged with the Court, the hearing will be automatically vacated. If a status hearing is required, counsel for Plaintiff shall initiate the telephone conference.

Dated this 24th day of May, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1