DOMINICA C. ANDERSON (SBN 2988)
HOLLY S. STOBERSKI (SBN 5490)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com
hstoberski@duanemorris.com

Attorneys for Defendant,
U.S. Bank, National Association

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY M. TRACY,<br><br>Plaintiff,<br><br>v.<br><br>US BANK, HOME MORTGAGE, NATIONAL DEFAULT SERVICING CORPORATION, DOES I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02202-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Anthony M. Tracy ("Plaintiff"), and Defendant U.S. Bank, National Association ("Defendant"), erroneously sued as U.S. Bank, Home Mortgage, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff and Defendant entered into a settlement agreement and the parties have resolved all claims, disputes, and differences between Plaintiff and Defendant, subject to and as explained in the terms of their settlement agreement; and

2. Therefore, Plaintiff and Defendant, by and through their respective counsel of record, and subject to this Court's approval, respectfully stipulate and request dismissal of the above-captioned matter, with prejudice, pursuant to FRCP 41(a), with each party bearing their own attorneys' fees and costs incurred in this action.

IT IS SO STIPULATED.

DATED: 8/7/18

**SPRINGEL & FINK, LLP**

By: _____
Jonathan Pattillo (SBN 13929)
10655 Park Run Dr., #275
Las Vegas, NV 89144
*Attorneys for Plaintiff* ANTHONY M. TRACY

DATED: 8/28/2018

**DUANE MORRIS LLP**

By: _____
Dominica C. Anderson (SBN 2988)
Holly S. Stoberski (SBN 5490)
*Attorneys for Defendant U.S. BANK, NATIONAL ASSOCIATION, ERRONEOUSLY SUED AS U.S. BANK, HOME MORTGAGE*

\* \* \*

## ORDER

PURSUANT to the stipulation of all parties under FRCP 41(a), this action is dismissed with prejudice, each side to bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated this 29 day of August, 2018

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT